GERTRUDE BEIDER, an Infant, etc., by Her Guardian ad Litem, SOPHIE BEIDER, and HYMAN BEIDER, Respondents, v. UNION OF AMERICAN HEBREW CONGREGA-

TIONS, Appellant.— Action for personal injuries and for loss of service. Judgment unanimously affirmed, with costs. No opinion. Present — McAvoy, Merrell, O'Malley, Townley and Untermyer, JJ.